ANGELA GIANNITTI *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 67, is denied.

*Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.

*Stephen A. Finn,* in opposition.

Decided September 19, 1991

---

STATE OF CONNECTICUT *v.* CHRISTOPHER TAFT

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 149, is denied.

*G. Douglas Nash,* public defender, in support of the petition.

*Steven M. Sellers* and *Susann E. Gill,* assistant state's attorneys, in opposition.

Decided October 3, 1991

---

STATE OF CONNECTICUT *v.* MARTIN GEISLER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 25 Conn. App. 282, is granted, limited to the following issue:

"Was the Appellate Court correct in reversing the trial court's factual finding that the police reasonably believed that the defendant was in need of emergency assistance, thus rendering entry of the defendant's home lawful under the emergency doctrine?"

*Leon F. Dalbec, Jr.,* assistant state's attorney, in support of the petition.

*Richard Emanuel,* assistant public defender, in opposition.

Decided October 3, 1991